IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES                                                                                          PLAINTIFF

v.                                     CASE NO. 3:24-CR-30008

DAKOTA WILLIAMS                                                                                    DEFENDANT

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant has filed a Motion to Modify Conditions of Release (ECF No. 17). Defendant's Motion attaches a letter from Tyson Foods, offering him a 2nd shift production job paying $18.10 an hour at Tyson's Green Forest, Arkansas, facility beginning with orientation on November 11, 2024; Tyson Food's second shift at this location starts at 6:15 p.m. and ends at 4:15 a.m. Defendant seeks a modification of the curfew so that he can accept this employment. Defendant's Motion says the Government has been contacted regarding the request but "has not specified its position." The U.S. Probation Office has no objection to a modification of the Defendant's curfew to permit full-time employment. Defendant's case remains scheduled for a jury trial on December 9, 2024.

Upon review of this matter, the Court finds Defendant has been compliant with conditions of pre-trial release for a little more than a month since this Court's detention hearing on October 3, 2024. The Court notes it directed Defendant to actively seek employment, albeit with a stated preference for daytime employment. This preference was due, in part, to circumstances presented at the detention hearing which included that Defendant would be released to live with his girlfriend Lacey Williams and her minor children who were often home alone in the evenings while their mother worked to support them. The Court imposed a curfew between 7 p.m. and 6 a.m.

In making its decision pursuant to 18 U.S.C. § 3142(c)(3), the Court weighs continuing the curfew against full-time, 2nd shift employment and finds no justifiable circumstances exist for denying Defendant the ability to work and earn a living.   Under the curfew, Defendant was to remain in the home of Lacey Williams between 7:00 p.m. and 6:00 a.m.; with this employment, Defendant will be at Tyson Foods facility in Green Forest between 6:15 p.m. and 4:15 a.m.  While not equivalents, the undersigned finds full-time employment is a least-restrictive circumstance which, like a curfew, aids in the reasonable assurance of safety for the community.

The Court modifies the Conditions of Release to <u>remove</u> the curfew so that Defendant may work full-time at Tyson Foods as set forth in the letter offer provided to the Court; provided however, this modification remains in place only so long as Defendant remains employed with Tyson Foods.  Each Wednesday, Defendant shall supply his pre-trial services officer with proof of his continued employment in a form acceptable to the pre-trial services officer; Defendant's pre-trial officer is encouraged to confirm Defendant's employment directly with Tyson Foods on a random basis.  **<u>Should Defendant's employment end for any reason, the prior curfew (7:00 p.m. to 6:00 a.m.) will be automatically reimposed by the Court.</u>**

For these reasons, Defendant's Motion to Modify Conditions (ECF No. 17) is **GRANTED** as provided herein.   All other conditions remain unchanged.

**IT IS SO ORDERED** this 6th day of November 2024.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE